UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20108-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**JUSTIN LAMAR STERNAD**,
Reg. No.   02752-104,

    Defendant.
_____/

### ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE

THIS MATTER came before the Court on September 19, 2014 for a hearing on the Government's Motion to Reduce Defendant Sternad's Sentence Pursuant to Fed. R. Crim. P. 35(b)(1) [ECF No. 45].  The Court, having carefully considered the Motion, the arguments presented by counsel, and being fully advised as to the facts and circumstances of this case, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.   Accordingly, it is

**ORDERED AND ADJUDGED** that the Judgment in a Criminal Case entered on July 11, 2014, is hereby **AMENDED** as follows:

> "The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **THIRTY (30) DAYS.**"

It is further **ORDERED AND ADJUDGED** that the Defendant shall surrender to the U.S. Marshal for this District at 2:00 p.m. on November 3, 2014.  The Defendant shall comply with additional condition of supervised release:

> The Defendant shall participate in the Home Detention Electronic Monitoring Program for a period of three (3) months.  During this time, the Defendant shall remain at his place of residence except for employment and other activities approved in advance, and provide the U.S. Probation Officer with requested documentation.  The Defendant shall maintain a telephone at his place of residence without 'call forwarding,' 'call waiting,' a modem, 'caller ID,' or 'call back/call block' services for the above period.  The Defendant shall wear an electronic monitoring

CASE NO. 13-20108-CR-ALTONAGA

device and follow the electronic monitoring procedures as instructed by the U.S. Probation Officer. The Defendant shall pay for the electronic monitoring equipment at the prevailing rate or in accordance with ability to pay.

All other provisions of the Judgment in a Criminal Case, entered on July 11, 2014, shall remain in full force and effect.

**DONE AND ORDERED** in Miami, Florida, this 19th day of September, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record